SLATER v. SLATER. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Cecilia L. Slater against James Slater. No opinion. Motion granted. Questions ·certified as stated in memorandum.

---

SLUTZ, Respondent, v. NEW YORK, N. H. & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Minerva C. Slutz, as administratrix, etc., of Winfield A. Slutz, deceased, against the New York, New Haven & Hartford Railroad Company and the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed with costs.

GOODRICH, P. J., dissents.

---

SMALL, Respondent, v. GOETSCHIUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Fenwick B. Small, as trustee in bankruptcy, etc., against John H. Goetschius and others. No opinion. Judgment affirmed. with costs.

---

SMITH, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Charles K. Smith against the Brooklyn Heights Railroad Company.

PER CURIAM. Motion for leave to continue action granted. The granting of this application, however, must not be construed as authorizing a continuance as to any cause of action set out in the complaint which has abated by reason of the death of the former plaintiff, and the order to be entered upon this decision will so provide.

---

SMITH, Respondent, v. CASTLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Isaac M. Smith against Lewis S. Castle. No opinion. Judgment and order of County Court affirmed, with costs.

---

SMITH v. CHESEBROUGH et al. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Ellsworth C. Smith against Amos S. Chesebrough and others.

PER CURIAM. The question sought to be reviewed in this case can be taken to the Court of Appeals upon an appeal from the final judgment. Under such circumstances, an appeal from an interlocutory judgment should not be allowed, in the absence of special and exceptional reasons, such as do not appear to exist in the case at bar. Application denied.

---

SMITH, Respondent, v. GERMAN–AMERICAN INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) Action by Frank Smith against the German-American Insurance Company of New York. No opinion. Judgment and order affirmed, with costs.

---

SPEAR, Appellant, v. AMERICAN SERVICE UNION, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Maud R. Spear, as executrix, etc., of Arthur H. Spear, deceased, against the American Service Union. No opinion. Motion to resettle order granted.

---

SPENCE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Andrew J. Spence against the Metropolitan Street Railway Company. C. F. Brown, for appellant. W. H. H. Ely, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

VAN BRUNT, P. J., and McLAUGHLIN, J., dissent as to damages.

---

In re STOCKBRIDGE. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) In the matter of the application of William M. Stockbridge for admission to the bar. No opinion. Application granted.

---

STOUTENBURGH, Respondent, v. BUSH CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Arthur T. Stoutenburgh, as temporary receiver, etc., against the Bush Company, Limited. No opinion. Motion denied, with $10 costs.

---

SUSE v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Leontine Suse against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

---

SWEENEY et al., Respondents, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Rose A. Sweeney and others against Benjamin E. Valentine. No opinion. Judgment modified, by deducting $137.50 costs and expense of obtaining the money from the trust company, and the interest on $3,500, from January 1, 1899, to April 13, 1899, and, as thus modified, affirmed, without costs to either party.